IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pollard, Jennie | Case Number: 06 B 16352 |
| | Judge: Hollis, Pamela S |
| Printed: 1/8/08 | Filed: 12/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 26, 2007
Confirmed: January 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,060.00 | |
| Secured: | | 100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 907.50 |
| Trustee Fee: | | 52.50 |
| Other Funds: | | 0.00 |
| Totals: | 1,060.00 | 1,060.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,714.00 | 907.50 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 2,000.00 | 100.00 |
| 4. | Litton Loan Servicing | Secured | 6,895.46 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 2,809.61 | 0.00 |
| 6. | Capital One | Unsecured | 773.36 | 0.00 |
| 7. | Cache Inc | Unsecured | 2,135.66 | 0.00 |
| 8. | Capital One | Unsecured | 1,880.27 | 0.00 |
| | | | $ 19,208.36 | $ 1,007.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 37.92 |
| 5.4% | 14.58 |
| | $ 52.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Pollard, Jennie

Printed:  1/8/08

Case Number:  06 B 16352
Judge:  Hollis, Pamela S
Filed:  12/11/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

